IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WYNETTE ROBINSON | |
| Plaintiff | |
| v. | CIVIL NO. WMN-00-1710 |
| TISHCON CORPORATION | * |
| NIRANJAN PATEL | * |
| BAKULESH PATEL | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

It appearing that plaintiff herein has not effected service of process within 120 days of filing of the pleading seeking affirmative relief upon defendants **Tishcon Corporation; Niranjan Patel; and Bakulesh Patel**; therefore, it is **ORDERED**, this 10th day of October, 2000, pursuant to F.R.Cv.P. 4(m) and Local Rule 103.8.a, that plaintiff show cause within fourteen (14) days of the entry of this Order why the claim should not be dismissed without prejudice as to defendants **Tishcon Corporation; Niranjan Patel; and Bakulesh Patel.**

William M. Nickerson
United States District Judge