IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WYNETTE ROBINSON      *

    Plaintiff      *

    v.      *      CIVIL NO. WMN-00-1710

TISHCON CORPORATION      *

NIRANJAN PATEL      *

BAKULESH PATEL      *

    Defendants      *

\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

Plaintiff having failed to show good cause as to why service of the summons and complaint has not been made upon defendants within 120 days of the filing of the complaint as required by the prior order of this court, it is, this 27th day of October 2000,

ORDERED that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

                                                William M. Nickerson
                                                United States District Judge

U.S. District Court (Rev. 1/2000)